## STAR MILL & ELEVATOR CO. v. BRUCE.

No. 10441—Opinion Filed Jan. 20, 1920.

(Syllabus by the Court.)

### Appeal and Error—Time for Taking Proceedings.

Where more than six months has intervened between the rendition of a final order or judgment sought to be reviewed and the filing of the petition in error in the Supreme Court, this court has no jurisdiction to review such final order or judgment.

Error from District Court, Ellis County; T. P. Clay, Judge.

Action by the Star Mill & Elevator Company, a corporation, by its trustee, Grant Hibarger, against J. W. Bruce. Judgment for defendant, and plaintiff brings error. Dismissed.

C. B. Leedy, for plaintiff in error.

H. L. Adkins, for defendant in error.

PITCHFORD, J. The final order or judgment was rendered by the district court of Ellis county, Oklahoma, on the 1st day of April, 1918 The petition in error, with transcript attached, was filed in this court on January 18, 1919, more than six months from the date of the rendition of such final order of judgment. It has been repeatedly held that after the expiration of the time allowed by law for perfecting the appeal, this court is without jurisdiction to entertain the same. Malloy v. Johnson et al., 40 Okla. 454, 139 Pac. 310; Dawson & Schreiner v. Davis Bros. Cheese Co., 53 Okla. 313, 156 Pac. 204.

The appeal is, therefore, dismissed.

All the Justices concur, except HARRISON. J., absent and not participating.